No. 765. MONTMARQUET, DOING BUSINESS AS O. C. MANUFACTURING Co., *v.* JOHNSON & JOHNSON. C. A. 3d

Cir. Certiorari denied. *Morris Kirschstein* for petitioner. *William J. Barnes, Kenneth Perry* and *Benton A. Bull* for respondent.

